## JACOB BROOM'S EXECUTOR v. DAVID ALRICKS.

High Court of Errors and Appeals.　June, 1818.

*Clayton's Notebook, 180.*

CHANCELLOR RIDGELY.　(Present: BOOTH, C. J., PAYNTER and COOPER, JJ.)　All the Court except myself think the Supreme Court should have admitted the proof of handwriting of the maker and the witness after residence of that witness out of the state was proved.　And I concur with my brothers that the plea of *non est factum* was a nullity, and, as the other pleas admit and avoid the note, there was no need of proving it.　It should have gone to the jury without requiring any such proof.